# CHARGES AND PENALTIES

**CASE NAME:** RONALD CRAIG ILG          **CASE NO.** 2:21-MJ-00213

TOTAL # OF COUNTS: 1     ☑ FELONY     ☐ MISDEMEANOR     ☐ PETTY OFFENSE

| Count | Statute | Description of Offense | Penalty |
|---|---|---|---|
| 1 | 18 U.S.C. § 1201(a)(1), (d) | Attempted Kidnapping | CAG not more than 20 years and/or $250,000 fine; not more than 3 years supervised release; a $100 special penalty assessment. |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |