FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 27, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RONALD CRAIG ILG,<br><br>Defendant. | No. 2:21-MJ-00213-JTR-1<br><br>ORDER GRANTING DEFENDANT'S MOTION FOR PRODUCTION OF STATEMENTS<br><br>**MOTION GRANTED IN PART<br>(ECF No. 14)** |

Before the Court is Defendant's oral motion for production of statements and recordings of other individuals' statements that FBI Special Agent Ryan Butler used in testimony before this Court on April 21, 2021, **ECF No. 14**.

The Court finding good cause, **IT IS ORDERED** Defendant's Motion, **ECF No. 14,** is **GRANTED IN PART**. Any reports or writings or recordings by others which Agent Butler reviewed before his April 21, 2021 testimony about those others' statements shall be made available to defense counsel.

**IT IS SO ORDERED.**

DATED April 27, 2021.



_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE

ORDER - 1